# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KERRY O'KEEFE,<br><br>*Petitioner*,<br><br>vs.<br><br>SHERIFF DOUG GILLESPIE, *et al.,*<br><br>*Respondents*. | 2:11-cv-02109-GMN-VCF<br><br>ORDER |

Petitioner's motion (#13) for return of a file-stamped copy of his notice of appeal is DENIED.  As the Court stated in the order of dismissal that is the subject of the appeal:

> . . . . Petitioner automatically receives a notice of electronic filing.  If he wishes to have a conform copy of his filings, he must supply the Clerk with a second copy of his filings for this purpose along with the original.  Petitioner is not proceeding *in forma pauperis*, and he must pay the applicable charges for any copies of filings that he requests.

#9, at 6.

DATED this 12th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge