# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN KERRY O'KEEFE,

    *Petitioner*,

vs.

SHERIFF DOUG GILLESPIE, *et al.,*

    *Respondents*.

2:11-cv-02109-GMN-VCF

ORDER

    Following upon the orders of the Court of Appeals granting a certificate of appealability, directing appointment of counsel for petitioner, and directing entry of a notice of appearance by respondents in the appellate proceedings in No. 12-15271,

    IT IS ORDERED that the Clerk promptly shall forward a copy of this order to the **Marshal** for service and that, as promptly as is practicable, the Marshal shall effect personal service upon **Sheriff Douglas C. Gillespie, at the Las Vegas Metropolitan Police Department, 3141 Sunrise Avenue, Las Vegas, Nevada 89101**, or wherever he otherwise personally may be found most efficiently and promptly by the Marshal.

    IT FURTHER IS ORDERED that counsel for the **Sheriff** shall enter a notice of appearance in the district court within **fourteen (14) days** of service of this order and shall review the status of the appellate proceeding with respect to any appropriate action to be taken therein, including a notice of appearance.

    IT FURTHER IS ORDERED that the Clerk shall informally electronically serve the **Nevada Attorney General, Catherine Cortez-Masto**, with a copy of this order, that within **fourteen (14) days** of entry of this order counsel with the Attorney General shall enter a

notice of appearance in the district court, and that said counsel shall review the status of the appellate proceeding with respect to any appropriate action to be taken therein, including a notice of appearance.

    IT FURTHER IS ORDERED that, following upon the filing of a notice of appearance by counsel in the district court, including the counsel to be appointed for petitioner, the Clerk shall provide counsel copies of all filings herein up to counsel's notice of appearance, either by regeneration of notices of electronic filing to counsel or by such other method consistent with the Clerk's current practices.

    The Clerk further shall forward a copy of this order to the CJA Coordinator for this Division.

    DATED this 11th day of May, 2012.

_____
Gloria M. Navarro
United States District Judge