**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

BRIAN KERRY O'KEEFE,

    Petitioner - Appellant,

vs.

DOUG GILLESPIE, Sheriff, et al.,

    Respondents - Appellees.

No. 12-15271

2:11-cv-2109-JCM-VCF

**ORDER**

    On May 9, 2012, the United States Court of Appeals for the Ninth Circuit granted appellant's motion for appointment of counsel in this appeal from the denial of a 28 U.S.C. §2254 petition for writ of habeas corpus (#18).  Therefore;

    IT IS HEREBY ORDERED that the federal public defender  (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV  89101, phone number 702-388-6577) is appointed as counsel under the Criminal Justice Act to represent petitioner-appellant Brian Kerry O'Keefe.

    IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals, that the clerk of court is directed to notify the clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

    DATED  this  31st  day of May, 2012

                                                JAMES C. MAHAN
                                              United States District Judge