# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN KERRY O'KEEFE,

    *Petitioner*,

vs.

SHERIFF DOUG GILLESPIE, *et al.,*

    *Respondents*.

2:11-cv-02109-JCM-VCF

ORDER

    The court will strike the proper person motion (#34) filed by petitioner. Petitioner has been appointed counsel at the direction of the court of appeals. He may not file any proper person papers while represented by counsel. If he needs copies of documents, he must request them from his counsel.

    IT THEREFORE IS ORDERED that petitioner's proper person (#34) motion or request for production of documents is STRICKEN.

    The clerk shall SEND a hard copy of this order to petitioner in proper person and shall reflect said hard copy mail transmittal to petitioner in proper person in the docket entry for this order.

DATED: January 28, 2014.

_____
JAMES C. MAHAN
United States District Judge