# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN KERRY O'KEEFE,

    *Petitioner*,

vs.

SHERIFF DOUG GILLESPIE, *et al.*,

    *Respondents*.

2:11-cv-02109-JCM-VCF

ORDER

    The court will strike the proper person motion (#37) filed by petitioner. The court already has stated clearly that petitioner may not file any proper person papers while represented by counsel. If he needs copies of documents, he must request them from his counsel. The appellate court's recent order (#38) regarding petitioner's proper person filings in that court pertain to filings in that court, not in the district court.

    IT THEREFORE IS ORDERED that petitioner's proper person (#37) motion or request for production of documents is STRICKEN.

    IT FURTHER IS ORDERED that petitioner's counsel shall forward a copy of this order and the materials sought to petitioner.

    DATED: May 19, 2014.

                                                             JAMES C. MAHAN
                                                            United States District Judge